# IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:   14-30766 |
|    Ira Chappell | ) | |
|    Geneva Josephine Chappell | ) ) | Chapter:   Chapter 13 |
|    Debtor(s) | ) | Judge:   LaShonda A. Hunt |

## NOTICE OF MOTION

**To:**   Geneva Chappell, 1521 Memorial Dr , Calumet City, IL, 60409

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on the **10th of June, 2019 at 10:00 a.m.**, I shall appear before the Honorable Judge LaShonda A. Hunt in 219 S. Dearborn St. # 719, Chicago, IL and then and there present the attached **MOTION FOR DISCHARGE OF DEBTOR**, a copy of which is attached hereto.

                                           **By:**   __/s/ Dale A. Riley_____
                                                   Dale Allen Riley

## CERTIFICATE OF SERVICE

I, Dale Allen Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on May 17, 2019.

                                           **By:**   _/s/ Dale A. Riley_____
                                                   Dale Allen Riley

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Capital One
Attn: Bankruptcy Dept.
Po Box 85520
Richmond VA 23285

Certified Services Inc.
Attn: Bankruptcy Dept.
1733 Washington St Ste 2
Waukegan IL 60085

Chrysler Capital
Attn: Bankruptcy Dept.
Po Box 961275
Fort Worth TX 76161

CitiMortgage Inc.
Attn: Bankruptcy Dept.
Po Box 9438
Gaithersburg MD 20898

Comcast
C/O Credit Management LP
4200 International Pkwy
Carrollton TX 75007

Comcast
Bankruptcy Dept.
PO Box 3002
Southeastern PA 19398

Credit One Bank
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Dependon Collection Serv.
Attn: Bankruptcy Dept.
Po Box 4833
Oak Brook IL 60522

E T I Financial Corporation
C/O IC System Inc.
Po Box 64378
Saint Paul MN 55164

E T I Financial Corp.
Bankruptcy Department
2825 N. University Dr., #300
Coral Springs FL 33065

Ginnys
Attn: Bankruptcy Dept.
1112 7Th Ave
Monroe WI 53566

IRS Non-Priority
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

MBB
Attn: Bankruptcy Dept.
1460 Renaissance Dr
Park Ridge IL 60068

Pennymac Loan Services
Attn: Bankruptcy Dept.
6101 Condor Dr.
Moorpark CA 93021

Clerk, Chancery
Doc# 14-CH-11905
50 W. Washington St., Room 802
Chicago IL 60602

Codilis & Associates, PC
Bankruptcy Dept.
15W030 N. Frontage Rd. #100
Burr Ridge IL 60527

Peoples Gas
C/O Credit Protection Assoc.
13355 Noel Rd Ste 2100
Dallas TX 75240

Peoples Gas
Bankruptcy Dept.
130 E. Randolph Dr.
Chicago IL 60601-6207

# IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:    14-30766 |
|    Ira Chappell | ) | |
|    Geneva Josephine | ) | Chapter:    Chapter 13 |
| Chappell | ) | |
|    Debtor(s) | ) | Judge:      LaShonda A. Hunt |

## MOTION FOR DISCHARGE OF DEBTOR

NOW COME the Debtors, Ira & Geneva Chappell (the "Debtor"), by and through their attorneys, Geraci Law, LLC, to present their **MOTION FOR DISCHARGE OF DEBTOR,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 08/21/2014.

3. The plan was confirmed by this Honorable Court on 12/3/2014.

4. Pursuant to the confirmed plan, the Debtors were to pay the Trustee a monthly plan payment of $345 for 60 months with a distribution of 100% to secured creditors and 100% to all allowable general unsecured creditors.

5. After the confirmation of the Debtors' Chapter 13 Plan, Mr. Chappell passed away on 10/9/2018 (See attached Exhibit A).

6. Based on Mr. Chappell's passing Mrs. Chappell is unable to afford any ongoing Chapter 13 Plan payment. (See attached Exhibit B).

7. Thus far the Debtors have paid $36,640 into the plan.

8. All allowed secured and priority claims have been paid 100% of the amounts to be paid by the Chapter 13 Trustee and all allowed general unsecured claims have been paid 8.99%, $4,411 total.

9. Pursuant to 11 U.S.C. § 1328 (b), "the court may grant discharge to a debtor that has not completed payments under the plan if–

    1. the debtor's failure to complete such payments is due to circumstances for which the debtor should not justly be held accountable;

    2. the value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the debtor had been liquidated under chapter 7 of this title on such date; and

    3. modification of the plan under section 1329 of this title is not practicable.

10. Mr. Chappell's passing qualifies as circumstances beyond the Debtors' control for which they should not be held accountable and based on Mrs. Chappell's remaining budget being severely negative modification of the Chapter 13 Plan is not practicable.

11. As of the effective date of the plan, a liquidation analysis showed exposed equity in property of approximately $628 in the Debtors' personal property and $0 exposed equity in the Debtors' real property

12. The Debtors entered into their Chapter 13 plan in good faith, made payments of $36,640 to the Trustee, paid faithfully until Mr. Chappell's passing and have satisfied the Chapter 7 liquidation test. It is equitable to grant them a discharge of their debts.

WHEREFORE the Debtors, Ira & Geneva Josephine Chappell, pray this Court enter an order granting them a discharge pursuant to 11 U.S.C. 1328(b) and for any other relief that this Court may deem appropriate.

__/s/ Dale A. Riley_____
Dale Allen Riley

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960